NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD LAWRENCE LASTRINA,                )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No.  2D17-583
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____  )

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Ita M. Neymotin, Regional Counsel, Second
District, and Joseph Thye Sexton, Assistant
Regional Counsel, Office of Criminal
Conflict and Civil Regional Counsel,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

            Affirmed.



SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.